

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00005-CV

## IN RE SUNNY DAY DEEDS
_____

## Original Proceeding

## O R D E R

Relator's Petition for Writ of Mandamus was filed on January 7, 2019. The Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray, and
      Justice Davis
Response requested
Order issued and filed January 9, 2019

